UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-05417-SVW-SS | Date | February 8, 2011 |
|---|---|---|---|
| Title | RICHARD HAIRSTON v. JOHN E. POTTER | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER re Order to Show Cause Why Complaint Should Not be Dismissed

   On December 8, 2010, the Court issued an Order granting in part Defendant's Motion to Dismiss. The Court dismissed Plaintiff's ADA claim with prejudice and Retaliation claim without prejudice for failure to exhaust his administrative remedies. The Court found that Plaintiff's Complaint did not sufficiently allege disability discrimination under <u>Iqbal</u> but gave Plaintiff leave to amend.
   Plaintiff has not yet amended his Complaint. Plaintiff is ORDERED to show cause, in writing, why the action should not be dismissed within FOURTEEN (14) days of this Order. In lieu of an explanation, the Court will accept an amended complaint if lodged within FOURTEEN (14) days of this Order.

:

Initials of Preparer          PMC