ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar Number: 141489
    Room 7615 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6880
    Facsimile: (213) 894-7819
    Joanne.Osinoff@usdoj.gov

Attorney for Defendant
Patrick Donahoe, Postmaster General

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD HAIRSTON, | ) No. CV 10-5417 SVW (SSx) |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL |
| PATRICK DONAHOE, POSTMASTER GENERAL, | ) |
| | ) JS - 6 |
| Defendant. | ) |

    Based upon the Stipulation for Compromise Settlement And Release filed by the parties, IT IS HEREBY ORDERED that:

    1.    The above-captioned action is dismissed in its entirety with prejudice;

    2.    Each party shall bear her own attorneys' fees, costs and expenses; and

/ / /

/ / /

/ / /

/ / /

3.  The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

DATED: April 16, 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/S/ Joanne S. Osinoff
_____
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America